# *ATI*
# *LAW OFFICES*
Counseling & Legal Representation

---

## Uninsured Motorist Claim

## Demand Letter
## For Personal Injury in a car accident
For Settlement purposes only

Angela Lindell                                  03 /15/2017
Safeco Insurance
P.O. Box 515097
Los Angeles, CA 90051-5097

|  |  |
|---|---|
| Client: | Hannan Endrawes & Shenouda Henin |
| Claim No.: | 291276526039 |
| Date of Loss: | 05/11/2016 |
| Your Insured: | Hannan Endrawes & Shenouda Henin |
| Policy Number: | F2975595 |

### Dear Ms. Lindell:

It was nice to speak with you over the phone to discuss the above mentioned claim. This claim was for property damages, but now we would like to file uninsured motorist claim on behalf of your insureds Hannan Endrawes & Shenouda Henin for serious bodily injury to Mrs. Endrawes, because the medical bills are huge and the at fault driver has policy limits. So we have to file with you under their own insurance policy for that reason.

I like to take the steps in order one at a time not skipping any step. So here I am sending you this written demand letter and supporting documents to see if we can reach a fair agreement for both parties.

## 1. FCATS OF THE ACCIDENT:

On Wednesday 05/11/2016, my client "Your insured", Mrs. Endrawes's vehicle – 2007 Honda ODY- was traveling East on Murfreesboro Pike, Nashville, Tennessee. Another driver, Mariam Girgis was driving 2005 Honda Accord and traveling on the same direction as my client. Mrs. Gigis was driving carelessly and struck my client's Honda multiple times, and hit multiple other vehicles. As a result of the accident, my client Mrs. Endrawes "Your Insured" sustained serious bodily injuries, and his car sustained property damages.

---

325 Plus Park Blvd, Suite 200 B, Nashville, Tennessee, 37217
(Ph.) 615- 967-0742    (F) 615- 730-5518    (E) ati.justiceforall@gmail.com

1

Case 3:17-cv-00929    Document 1-3    Filed 06/08/17    Page 1 of 3 PageID #: 61

**Exhibit 3**

## 2- THE ISSUE OF LIABILITY:

Per the police officer and all drivers' statements, Mariam Girgis was driving in a reckless irresponsible way and struck multiple vehicles including my client Mrs. Endrawes "your insured" vehicle, that resulting in the accident, and causing my client's injuries and property damages. As such, Mrs. Girgis' insurance carrier is accepting liability for the accident, but the medical bills are almost amount to their policy limits, rather than other damages.

## 3- MEDICAL TREATMENT:

1. My client Mrs. Endrawes is now 27 years old, young brilliant lady, with her whole life ahead of her. Mrs. is a do-it-your-self kind of lady with no prior medical history of head chest, shoulder or back complaints. As a result of the accident, she suffered serious bodily injuries.

2. Mrs. Endrawes was admitted to the Emergency Room at Vanderbilt University Hospital and had many X-Rays taken on her including her head, chest, shoulder and back. Mrs. Endrawes was released with pain medication to follow up with physician to see specialists.

3. Mrs. Endrawes has followed up with her doctor, Alkayyali, MD. at Rama Medical Group and takes both by prescription, and over the counter pain medications

4. Dr. Alkayyali referred Mrs. Endrawes to Dr. Terri Edwards Lee at Southern Hills Neurology due to her terrible headaches and pain future and stay on pain medications could be for the rest of her life.

5. Mrs. Endrawes also had orthopedic treatment at the Tennessee Foot and ankle specialists.

6. Mrs. Edwards was also referred to Advanced Physical Therapy due to her back and shoulder pain. She had about forty visits to the physical therapy to treat her back and shoulder.

7. Mrs. Endrawes was released, however, her pain still not over yet but little better and she needs future follow up with her physician and specialist if needed.

## 4- DAMAGES

As a result of said accident, Mrs. Endrawes has suffered the following damages:

**Past Medical Expenses to date:** $ 21,457.38 Twenty One Thousand Four Hundred Fifty Seven Dollars and Thirty Eight Cents.
**Future Medical Expenses:** TBD

2

Due to her unstoppable headaches and back and shoulder pain Mrs. Endrawes has to stay on medications and has to follow up with his treating physician probably for the rest of his life.

### Past physical pain and mental suffering:

Due to her unbearable headaches and back and shoulder pain, Mrs. Endrawes has suffered physical and mental pain and suffering and was not able to do her normal everyday activities such as standing, walking, sleeping, sitting down, even using the restroom or going anywhere with his family as she used to prior to that accident.

### Future physical pain and mental suffering:

Since Mrs. Endrawes's pain is continuing, she is probably going to suffer for the rest of his life and she will never be back to where she was before that accident.

### Loss of earning Capacity:

As a young brilliant lady with full potential, Mrs. Endrawes pain will significantly affect her ability to make money due to limitations and restrictions because of her injuries.

### Loss of Consortium:

Mrs. Endrawes has a big family that consists of her husband, Mr. Shenouda Henin and her children. Mrs. Endrawes is the care taker of the whole family. Due her headaches and pain because of the injuries as a result of the accident, Mrs. Endrawes was/is not able to take care of her children and her relationship with her husband and children have been significantly affected in all aspects as she is no longer able to have quality time with them as used to prior the accident because of her pain.

### Loss of enjoyment of life:

Unable to enjoy her life just like anybody else, due her injuries, Mrs. Endrawes is unable to sleep or sit down or go anywhere with his family as he used to prior to said accident, you can literally say that she has no life.

## 5. DEMAND

For settlement purposes in this claim, Mrs. Endrawes demands $ 100.000, 00 One Hundred Thousand Dollars to settle the personal injury claim.

Looking forward to hearing from you, should you have any question, please feel free to contact us at (615) 967 - 0742 or email us at ati.justiceforall@gmail.com .

Sincerely,

Ali Abdel Ati

Attorney

3