IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HANAN ENDRAWES and ) | |
| SHENOUDA HENIN, ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | NO. 3:17-cv-0929 |
| ) | JUDGE TRAUGER |
| SAFECO INSURANCE CO., ) | |
| ) | |
| Defendant ) | |

**ORDER**

Pending before the court are Defendant's Motion to Dismiss (Docket No. 6) and Plaintiffs' Motion to Remand to State Court (Docket No. 12). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is **GRANTED**, and Plaintiffs' Motion to Remand to State Court is **DENIED**. This action is **DISMISSED**, and the initial case management conference set for September 18, 2017, is cancelled.

IT IS SO ORDERED.

ENTER this 25th day of August 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE